NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICK J. TYSON,**

*Petitioner*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**

*Respondent*

---

2024-1173

---

Petition for review

---

### O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in

2                          TYSON V. SECRETARY OF VETERANS AFFAIRS

accordance with the rules.

FOR THE COURT

<u>January 4, 2024</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 4, 2024